## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHESTER THOMAS                                                                      PETITIONER
ADC No. 102712

v.                                        Case No. 5:09CV00100 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                  RESPONDENT

### ORDER

     The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

     IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #1), is DISMISSED, WITH PREJUDICE.

     Dated this 9th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE