# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHESTER THOMAS                                                                          PETITIONER
ADC No. 102712

v.                              Case No. 5:09CV00100 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment was entered in favor of Respondent, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 9th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE